AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
U.S. District Court
District of Kansas

AUG 3 1 2017

Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )   Case No. M-6129-01-GEB
INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT  )
Facebook.com/Geovany.suaz23  )
THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK AS FURTHER  )
DESCRIBED IN ATTACHMENT A.  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423(a) | Transportation of a Minor and Travel to engage in illicit sexual conduct. |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Derek G. Velazco, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 31 Aug 17

_____
Judge's signature

City and state: Wichita, Kansas

Gwynne E. Birzer, United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>Information Associated With<br>Facebook User Name:<br><br>Facebook.com/Geovany.suaz23<br><br>THAT IS STORED AT PREMISES<br>CONTROLLED BY FACEBOOK INC. | Case No. 17- |

### AFFIDAVIT IN SUPPORT OF APPLICATION
### FOR SEARCH WARRANT

I, Derek G. Velazco, Special Agent of the Federal Bureau of Investigation, being duly sworn, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1) I am employed as a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed as a Special Agent since March 5, 2017. I am currently assigned to the Wichita, Kansas, Resident Agency of the Kansas City Division. Prior to becoming a Special Agent with the FBI, I worked approximately 10 years for the FBI in various administrative and analytical roles. The last five years of my career have focused primarily on investigation into violent crimes against children. As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I have participated in a wide variety of counterterrorism and criminal investigations, to include white collar crimes, crimes against children, child exploitation and other violent and non-violent Federal crimes.

Additionally, I have participated in the preparation and/or execution of many search, arrests, and seizure warrants.

2) As a Federal Agent, your affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3) This Affidavit is in support of an Application for a search warrant for information associated with a certain FACEBOOK account that are stored at premises owned, maintained, controlled, or operated by FACEBOOK INC. (FACEBOOK), a social networking company headquartered in Menlo Park, California. The information to be seized, and subsequently searched, is described in the following paragraphs and in Attachment A and B. This affidavit is made in support of an application for a search warrant under 18 U.S.C., Section 2703(a), 2703(b)(1)(A) and 2703 (c)(1)(A) to require FACEBOOK to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

4) Based upon the information contained in this Affidavit, I have reason to believe that within the above-captioned FACEBOOK account, described in Attachment A, there is now located evidence of violation of Title 18, United States Code (U.S.C.), Section 2423(a) and/or (b), relating to the Transportation of a Minor and Travel to engage in illicit sexual conduct, as described in Attachment B.

5) The information in this Affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me by other law enforcement investigators and witnesses, involved in this investigation. Since this Affidavit is being submitted for the limited purpose of supporting a search warrant, I have not included each and every fact known to me concerning this investigation.

Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violation of 18 U.S.C. Section 2423(a) and (b), are presently located in the said FACEBOOK account.

## PROBABLE CAUSE

6) On the morning of Sunday, August 13, 2017, the parents of the Minor Victim (MV), born March 2002, determined that the MV was not home at their residence in Manhattan, Montana.

7) After attempting to locate the MV, the parents contacted Gallatin County Sheriff's Office (GCSO) the following day.

8) The parents then made telephonic contact with MV who reported MV was in Denver, Colorado with friends. MV's parents soon determined MV was in the company of MV's 19 year old boyfriend, "Moises Suazo" (fully identified as Moises Geovany Suazo Buezo, born January 1998). MV's mother asked Suazo return MV home.

9) MV's father spoke to Suazo who stated he had no intention of returning MV to Montana and that he would continue traveling with MV and look for a job in Florida.

### Identification of Suazo's car

10) The parents were generally familiar with Suazo's car, but GCSO undertook additional investigation to identify Suazo's car.

11) GCSO spoke with Suazo's employer who identified an employee that sold Suazo the car. Review of records indicated Suazo's car was a 2001 Honda Civic coupe, silver in color, bearing the VIN# 1HGEM22791L039719.

### Geolocation of MV

12) On Wednesday, August 17, 2017, Gallatin County Sheriff's Office (GCSO) conducted an exigent geolocation of MV's cellular phone. MV's phone location appeared to be in Kansas traveling east. MV's phone location continued into Missouri and then Iowa.

13) Local law enforcement in Iowa were notified of the missing and endangered alert put out by GCSO.

14) Iowa State Troopers stopped a vehicle (different than the target vehicle) that MV and Suazo were in that evening at approximately 6:15pm CST. MV was taken into law enforcement custody and both Suazo and an associate were temporarily detained.

### Interviews of MV and Suazo

15) During an interview with Iowa Department of Criminal Investigation (DCI), MV admitted to having sexual intercourse with Suazo in the car Suazo was driving after it had broken down, before they were picked up by Suazo's associate. MV believed this location to be in Oklahoma; however, the location was later determined to be South Haven, Kansas, where Suazo's car was found.

16) Suazo consented to be interviewed. Suazo acknowledged that he knew MV was fifteen years old and that he picked MV up from MV's residence in the middle of the night without the consent of MV's parents.

17) Suazo admitted he and MV had sexual intercourse in the car he had been driving after it broke down, before they were picked up by Suazo's associate. Suazo explained the car was not moved or towed following the engine trouble.

18) At the time, Suazo indicated the car would be located in Oklahoma. However, the location was later determined to be South Haven, Kansas, where Suazo's car was found.

19) Pursuant to Kansas Statutes Annotated (K.S.A.) 21-5506(b), it is a crime for a person to engage in sexual intercourse with a minor between the ages of 14 and 16 years of age

### Finding Suazo's car

20) On Friday August 18, 2017, Sumner County Deputy Keith Lloyd saw a car that appeared to be abandoned behind a Phillips 66 convenience store on the property of 882 East 160th South in South Haven, Kansas. The car was parked in the far northwest corner of the property, with its license plate(s) removed.

### Social Media Contact

21) Investigators learned that MV and Suazo had communicated via FACEBOOK for approximately four months.

22) On Monday, August 28, 2017 MV's father confirmed to an FBI agent that MV and Suazo had contact via FACEBOOK Messenger and Instagram prior to Suazo's taking of the minor.

23) Since MV's return to MV's parents, MV has not had access to social media. MV confirmed that MV did not have login information for any social media accounts because those accounts had been linked to MV's phone where login information was stored automatically.

### BACKGROUND RELATING TO FACEBOOK

24) I am aware, from discussion with other law enforcement, that the United States Magistrate Judge has familiarity with FACEBOOK and how the company operates its free-access social networking website of the same name. I am also aware that the reviewing United States Magistrate Judge has familiarity with the many features of a

given FACEBOOK account, including how accounts are created and the types of information that FACEBOOK captures, records, and maintains on its servers.

25) For this investigation, I am seeking "user-attribution" information that confirms the user associated with the account, which may be found within: subscriber information, IP logs, profile contact information, posts, pictures, messages, and friend lists. (While there may be other areas in which this information may be found, such as the Notes, Gifts, and Marketplace features, I am initially focusing on the areas listed above. This warrant is not intended to preclude another warrant for other areas associated with the account.)

26) I am also seeking information relating to contact with or about MV, which may include messages to and from MV, messages sent to others about his contacts or travel with MV, and pictures or posts during the period of Suazo's involvement with MV, and any information which may have bearing on the crimes under investigation.

27) To obtain this information, I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require FACEBOOK to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

28) Based on the aforementioned factual information, I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the FACEBOOK account described in Attachment A to seek the items described in Attachment B. Your

affiant respectfully submits that there is probable cause to believe that evidence of criminal offenses, namely, violations of 18 U.S.C. § 2423(a) and/or (b), is located in the FACEBOOK account described above, and this evidence, listed in Attachment B to this affidavit, which is incorporated herein by reference, is contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

29) This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated."

30) Your affiant, therefore, respectfully requests that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

_____
Derek G. Velazco
Special Agent
FBI

Subscribed and sworn to before me in my presence on this _31_ day of August, 2017.

_____
The Honorable Gwynne E. Birzer
United States Magistrate Judge

## ATTACHMENT A

This warrant applies to information associated with the FACEBOOK account:

**Facebook.com/Geovany.suaz23**

The aforementioned FACEBOOK account is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be seized

**I.     Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. (Facebook), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook. Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a. The contact and personal identifying information associated with the account;

b. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

c. Records of the IP addresses that logged into the account;

d. Records pertaining to communications between Facebook and any person regarding the user of the Facebook account, including contacts with support services and records of actions taken;

e. Past and present lists of friends created by the account;

f. Records of communications and messages made or received by the user, including all private messages, chat history, video calling, for the period of March 15, 2017 to present;

g. Activity logs for the account showing the user's posts, check-ins, and photo or video uploads, as well as all photo or videos uploaded by any user that has tagged the account identified in Attachment A, for the period of March 15, 2017 to present.

## II. Information to be seized by the government

Any and all information described above in Section I which constitutes evidence associated with violations of 18 U.S.C. § 2423(a), Transportation of a Minor with Intent to engage in Criminal Sexual Activity, 18 U.S.C. § 2423(b), Travel with Intent to Engage in Illicit Sexual Conduct, and KSA § 21-5506(b), Aggravated Indecent Liberties, including:

a. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crimes under investigation and to the Facebook account owner;

b. Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

c. Evidence of the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

d. Evidence of the identity of any person(s) who communicated with the user of the account about matters relating to the crimes under investigation; and

e. Content or information relating the Suazo's involvement with MV, pertaining to the crimes under investigation, including: all messages to and/or from MV; messages sent to others about his contact or involvement with MV; posts, check-ins, photo and video uploads and tagged content.